IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHLEEN ROSSO-GANA and STEPHEN GANA, | : : : |
| Plaintiffs, | CIVIL ACTION : : |
| v. | : : NO. 15-2016 |
| MCDONALD'S RESTAURANT and LEWIS FOODS OF 42nd STREET, LLC, | : : : |
| Defendants. | : |

## ORDER

**AND NOW**, this *28th* day of *May*, 2015, upon consideration of the Motion to Dismiss by Defendants McDonald's Restaurant and Lewis Foods of 42nd Street, LLC (Docket No. 5), and the Response by Plaintiffs Kathleen Rosso-Gana and Stephen Gana (Docket No. 6), it is hereby **ORDERED** that the Motion is **GRANTED** and the Complaint is **DISMISSED** for lack of personal jurisdiction.

This case is marked **CLOSED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.